No. 80–5483.   EUBANKS *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 80–5486.   PAUL *v.* UNITED STATES BUREAU OF PRISONS. C. A. 6th Cir.   Certiorari denied.

No. 80–5489.   CLAYTON *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.